UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 14-8413 SJO (FFMx) | | Date | June 15, 2015 |
|---|---|---|---|---|
| Title | DANIEL LOPEZ v. GWANG S. KIM, MYUNG O. KIM, SUNG HAN HAN, and DOES 1-10, | | | |

| Present: The Honorable | Frederick F. Mumm, United States Magistrate Judge | |
|---|---|---|
| James Munoz | None | None |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None Present | None Present |

**Proceedings:**      **(IN CHAMBERS) ORDER TO SHOW CAUSE RE FAILURE TO COMPLY WITH DISCOVERY OBLIGATIONS**

On June 12, 2015, plaintiff Daniel Lopez filed a motion to compel defendants to respond to written discovery.  Plaintiff contends that defendants failed to provide any response to properly served interrogatories and requests for production of documents and has failed to meet and confer with plaintiff as required by the Local Rules.  Given the foregoing, defendants are ordered to show cause within 10 days of the date of this order, if any they have, why sanctions should not be imposed upon them and/or their counsel for failure to comply with their discovery obligations pursuant to the Federal Rules of Civil Procedure and the Local Rules of this Court.

Sanctions contemplated by this Court include monetary sanctions, issue sanctions, and/or an order striking the answer for failure to prosecute.

_____ : _____
Initials of Preparer          JM