JS-6

FILED
CLERK, U.S. DISTRICT COURT

September 22, 2015.

CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL LOPEZ, | Case: 2:14-CV-08413-SJO-FFM |
| Plaintiff, | **ORDER** |
| v. | |
| GWANG S. KIM; MYUNG O. KIM; SUNG HAN HAN; and Does 1-10, | |
| Defendants. | |

**ORDER**

This action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: September 22, 2015.     *S. James Otero*
HONORABLE S. JAMES OTERO
UNITED STATES DISTRICT COURT JUDGE